# FINANCIAL DISCLOSURE REPORT

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization<br><br>District Court - Central of CA | 3. Date of Report<br><br>4/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge – Active | 5. Report Type (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Ronald Reagan Federal Building<br>411 West Fourth Street<br>Santa Ana, CA 92701-4516 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ |  |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
|  |  |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. |  |

RECEIVED
2005 APR 26 A 11: 43
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | _____ |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 2. Wells Fargo Bank Account | A | Dividend | L | T | | | | | |
| 3. World Bank Account | A | Interest | L | T | | | | | |
| 4. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 5. Columbia Young Investor Fund (formerly Stein Roe) | A | Dividend | J | T | | | | | |
| 6. Janus Global Technology | | None | J | T | | | | | |
| 7. AMGN | | None | J | T | | | | | |
| 8. American Century - Ultra | | None | K | T | | | | | |
| 9. County Deferred Comp. Plan - Stable Value Fund | A | Dividend | J | T | | | | | |
| 10. IRA Brokerage | C | Dividend | N | T | | | | | |
| 11. -Schwab Total Bond Fund | | | | | | | | | |
| 12. -Schwab Money Market Fund | | | | | | | | | |
| 13. -AMAT | | | | | | | | | |
| 14. -CSCO | | | | | | | | | |
| 15. -COST | | | | | | | | | |
| 16. -ELN | | | | | | | | | |
| 17. -Clipper Fund CFIMX | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less. | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| A. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (2) Type (e.g. div. rent or int.) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MSCC | | | | | | | | | |
| 19. -Meridian Growth Fund MERDX | | | | | | | | | |
| 20. -Schwab 1000 Fund | | | | | | | | | |
| 21. -Schwab Intl Index Fund | | | | | | | | | |
| 22. -Tweedy Browne Global Value Fund | | | | | | | | | |
| 23. -Vanguard Small Cap Index Fund | | | | | | | | | |
| 24. 401(k) | C | Dividend | K | T | | | | | |
| 25. -Fidelity Contrafund | | | | | | | | | |
| 26. -Fidelity Puritan Fund | | | | | | | | | |
| 27. Brokerage Account | | | | | | | | | |
| 28. -American Funds -Balanced | A | Dividend | J | T | | | | | |
| 29. -Capital Income Bldr FD – CIBCX | A | Dividend | J | T | | | | | |
| 30. -American Funds Growth Fund | None | | J | T | | | | | |
| 31. -Van Kampen Equity Small Caps | A | Dividend | J | T | | | | | |
| 32. -Washington Mutual Investors Fund – WSHCX | A | Dividend | J | T | | | | | |
| -American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 34. -Putnam Calif Tax Exempt Income FD CL C | B | Dividend | L | T | | | | | |
| 35. IRA Rollover | A | Dividend | K | T | | | | | |

A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000

(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

(See Column C2)   U = Book Value   V = Other   W = Estimated

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. -Growth FD Amer Inc - GFACX | | | | | | | | | |
| 37. -Franklin Managed TR Rising -FRDTX | | | | | | | | | |
| 38. -Pimco Fds Multi Mgr - PCVCX | | | | | | | | | |
| 39. -Capital World Growth & Income -CWGCX | | | | | | | | | |
| 40. -Pimco FDS Total Return -PTTCX | | | | | | | | | |
| 41. -Amer Balanced Fund -BALCX | | | | | | | | | |
| 42. 529 Savings Plan #1 | A | Dividend | K | T | | | | | |
| 43. -American Funds -Growth Fund | | | | | | | | | |
| 44. -American Funds - New Perspective Fund | | | | | | | | | |
| 45. -Washington Mutual Investors Fund | | | | | | | | | |
| 46. -American Funds - Capital Income Builder | | | | | | | | | |
| 47. -American Fund - Balanced Fund | | | | | | | | | |
| 48. -American Funds - Bond Fund | | | | | | | | | |
| 49. 529 Savings Plan #2 | A | Dividend | K | T | | | | | |
| 50. -American Funds - Growth Fund | | | | | | | | | |
| 51. -American Funds -New Perspective Fund | | | | | | | | | |
| 52. -Washington Mutual Investors Fund | | | | | | | | | |
| 53. -American Funds - Capital Income Builder | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. -AmericanFunds - Balanced Fund | | | | | | | | | |
| 55. -American Funds - Bond Fund | | | | | | | | | |
| 56. 529 Savings Plan #3 | A | Dividend | K | T | | | | | |
| 57. -American Funds - Growth Fund | | | | | | | | | |
| 58. -American Funds - New Perspective Fund | | | | | | | | | |
| 59. -Washington Mutual Investors Fund | | | | | | | | | |
| 60. -American Funds - Capital Income Builder | | | | | | | | | |
| 61. -American Funds - Balanced Fund | | | | | | | | | |
| 62. -American Funds - Bond Fund | | | | | | | | | |
| 63. 529 Savings Plan #4 | A | Dividend | K | T | | | | | |
| 64. -Golden State ScholarShare | | | | | | | | | |
| 65. Variable Life Insurance | B | Dividend | L | T | | | | | |
| 66. -NW Mutual - Aggressive Growth Stock Fund | | | | | | | | | |
| 67. -NW Mutual Growth Stock Fund | | | | | | | | | |
| 68. -NW Mutual Index 400 Stock Fund | | | | | | | | | |
| 69. - NW Mutual Small Cap Growth Stock fund | | | | | | | | | |
| 70. -Russell Non-US Fund | | | | | | | | | |
| 71. -Russell Real Estate Securities Fund | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72.  -T Rowe Small Cap Value Fund | | | | | | | | | |
| 73.  -NW Mutual Cap Guard Domestic Eq Fund | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Asset listed on page 1 line 3 of Section VII of 2003 report has been aggregated with asset in line 1 of 2004 report.

2.) Part VII, page 1, line 12: this asset was inadvertently omitted on 2003 report.

3)Asset listed on page 1, line 14 of Section VII of 2003 report has declined below reporting value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _April 18, 2005_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544